IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICKY A. HOTZ,

    Petitioner,

    v.

GUY PIERCE, Warden,

    Respondent.               Civil No. 3:08-cv-850-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 26, 2013, this habeas petition pursuant to 28 U.S.C. §2254 is **DENIED** and **DISMISSED with prejudice**.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:  *s/Sara Jennings*
                                      Deputy Clerk

**Dated:** March 26, 2013

Digitally signed by David R. Herndon
Date: 2013.03.26 14:28:27 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT